# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK REYNOLDS,<br><br>           Plaintiff,<br><br>     v.<br><br>MENDOSA POWERS, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:06-cv-00240-AWI-LJO PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS, AND REQUIRING PLAINTIFF TO COMPLY WITH COURT'S ORDER OF OCTOBER 4, 2006, WITHIN THIRTY DAYS<br><br>(Docs. 8 and 9)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A COMPLAINT FORM |

Plaintiff Frank Reynolds ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 4, 2006, the court issued an order dismissing plaintiff's complaint and requiring plaintiff to file an amended complaint within thirty days. (Doc. 8.) On November 27, 2006, after more than thirty days passed and plaintiff failed to comply with or otherwise respond to the court's order, the court recommended that this action be dismissed. (Doc. 9.) Plaintiff filed objections on December 6, 2006. (Doc. 10.)

Plaintiff states that he did not receive the court's order dismissing his complaint with leave to amend. Because plaintiff did not receive the order, this action will not be dismissed. The Clerk's Office will be directed to send plaintiff a complaint form, and the Findings and Recommendations recommending dismissal of this action will be vacated. Within thirty days, plaintiff must comply with the court's order of October 4, 2006, by filing an amended complaint.

///

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on November 27, 2006, is VACATED;
2. Within **thirty (30) days** from the date of service of this order, plaintiff shall comply with the court's order of October 4, 2006, by filing an amended complaint; and
3. The Clerk's Office shall send plaintiff a complaint form.

IT IS SO ORDERED.

**Dated:    January 24, 2007**             /s/ Lawrence J. O'Neill
b9ed48                                             UNITED STATES MAGISTRATE JUDGE